RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Armando Riveros-Gomez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ARMANDO RIVEROS-GOMEZ,<br><br>         Defendant. | Case No. 2:20-MJ-114-DJA<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Armando Riveros-Gomez, that the Preliminary Hearing currently scheduled on April 3, 2020 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Parties have entered negotiations and need the additional time to resolve this matter.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 19th day of March, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ARMANDO RIVEROS-GOMEZ,

    Defendant.

Case No. 2:20-MJ-114-DJA

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 3, 2020 at the hour of 4:00 p.m., be vacated and continued to May 21, 2020 at the hour of 4:00 p.m.

    DATED this 23rd day of March, 2020.

                                              UNITED STATES MAGISTRATE JUDGE

3